■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BOSQUE, Also Known as BOSQUE GEORGE, Appellant.— Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on May 9, 1988, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to an indeterminate term of from 8 to 16 years' imprisonment, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or excessive. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and, "[h]aving received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Kupferman, J. P., Milonas, Kassal and Ellerin, JJ.

■ B & F BUILDING CORP., Appellant, v W. J. LIEBIG et al., Respondents.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on December 14, 1988, unanimously affirmed for the reasons stated by Leonard Cohen, J., without costs and without disbursements. Concur—Murphy, P. J., Ross, Milonas, Kassal and Rubin, JJ.

■ ESTERLINA, S. A., Appellant, v MANFRA, TORDELLA & BROOKES, INC., Respondent and Third-Party Plaintiff-Respondent. FRANCISCO BUNGE, Third-Party Defendant-Appellant.— Orders, Supreme Court, New York County (Edward Greenfield, J.), both entered on September 13, 1988, unanimously affirmed for the reasons stated by Edward Greenfield, J. Respondent shall recover of appellants $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Carro, Asch, Kassal and Rosenberger, JJ.